# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Daniel Jay Campbell,** | **Civil No. 05-7 (PAM/SRN)** |
| | |
| **Petitioner,** | |
| | |
| **v.** | **ORDER** |
| | |
| **Warden Terry Carlson,** | |
| | |
| **Respondent.** | |

Daniel Jay Campbell, Pro Se.

Kimberly Parker, Esq., on behalf of Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of

United States Magistrate Judge Susan Richard Nelson dated March 24, 2006.  No objections have

been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records

and proceedings herein,.

**THEREFORE, IT IS HEREBY ORDERED tha**t:

1.      Petitioner's application for habeas corpus relief under 28 U.S.C. §2254 (Doc. No. 1),

is **DENIED and DISMISSED WITH PREJUDICE**.

Dated:   April 13, 2006

s/ Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court Judge